## SECOND DEPARTMENT, FEBRUARY TERM, 1890.

Helen J. Hooker, Respondent, v. Alfred Terpening, Appellant.— Order affirmed, with costs and disbursements. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Michael F. Maloy, Respondent, v. The Associated Lace Makers' Association and others, Appellants.—Judgment affirmed, with costs. Opinion by Barnard, P. J.; Dykman, J., not sitting.

James W. Chase, Respondent, v. Sarah C. McLean and another, Appellants — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.; Pratt, J., not sitting.

Matthew MacTaggart, Respondent, v. Putnam Corset Company, Appellant.— Order affirmed, with costs and disbursements. Opinion by Barnard, P. J.; Dykman, J., not sitting.

John Q. Maynard, Appellant, v. William W. Chase, Respondent.— Order affirmed, with costs and disbursements. Opinion by Pratt, J.; Barnard, P. J., not sitting.

Matter of Application of Wilham Vanamee, Receiver.— Order denying warrant affirmed, with costs and disbursements. Opinion by Barnard, P. J.

The Greenwood Lake Improvement Company, Appellant, v. The New York and Greenwood Lake Railroad Company, Respondent.—Judgment affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Motion of *certiorari* of Augustus F. Soer.— Order reversed, with costs. Opinion by Barnard, P. J.

Matter of Laying out Highway at Bay Shore.— Order of County Court affirmed. Opinion by Dykman, J.

Cleveland D. Fisher and others, Plaintiffs, v. Mary C. Fisher and others, Defendants.—Judgment affirmed, with costs, striking out tenth finding. Opinion by Barnard, P. J.; Dykman, J., not sitting.

Richard Piggott, v. Lynn H. Hanchett.—Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.

James H. Hickey, Plaintiff, v. Doris E. Petersen, Defendant.— Judgment for defendant on submitted case, that plaintiff take the title. Opinion by Barnard, P. J.

Matter of Application of New York, New Haven and Hartford Railroad Company to Condemn Lands of Margaret Franz — Order appointing commissioners affirmed, with costs and disbursements. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Ruth H. Smith, Respondent, v. Caroline A. Smith, Appellant.— Order affirmed, with costs and disbursements. Opinion by Dykman, J.

Matter of Revocation of Probate of Will of Michael McMahon.— Decree of surrogate affirmed, with costs. Opinion by Barnard, P. J.

The People of the State of New York *ex rel.* Robert J. Robinson, v. James D. Bell, Commissioner.— Conviction of relator affirmed, with costs. Opinion by Pratt, J.

Andrew J. Shiels and others, Respondents, v. Sigismund B. Wortmann and another, Appellants.— Order reversed, with costs and disbursements. Opinion by Barnard, P. J.

The People of the State of New York *ex rel.* The Peerless Manufacturing Company, Respondent, v. P. J. Gleason, Mayor, etc., Appellant— Order granting peremptory *mandamus* affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting

In the Matter of Francis W. Lasak, Deceased. — Order on appeal of Ives and Chowvet, affirmed, with costs and disbursements. Opinion by Pratt, J.

Mary L. Egan, Appellant, v. Emma A. Egan, Respondent.—Judgment reversed and new

trial granted, costs to abide event. Opinion by Barnard, P. J., and Pratt, J.; Dykman, J., not sitting.

Matter of Petition of Antoinette L. Schermerhorn.—Order reversed, with costs and disbursements to appellant out of estate. Opinion by Pratt, J.

Juliette Wight, Administratrix, etc., Respondent, v. James Gordon Bennett, Appellant.— Order affirmed, with costs and disbursements. Opinion by Barnard, P. J.; Dykman, J., not sitting.

Grant B. Taylor, Appellant, v. Frank Wynne, and another, Respondents.— Order affirmed, with ten dollars costs and disbursements. Opinion by Pratt, J

John B. Smith, Plaintiff, v. Jacob B. Smith and others, Defendants.— Order affirmed, with costs and disbursements. Opinion by Dykman, J.; Barnard, P. A., not sitting.

Justine O. Fowler, Respondent, v. The Third Avenue Railroad Company, Appellant.— Order affirmed, with costs and disbursements. Opinion by Barnard, P. J.; Dykman, J., not sitting.

Irving Wright, Respondent, v. Harriet E. Roberts and another, Appellants.

Sarah J. Hamill, Respondent, v. Lewis Roberts, Appellant.—Orders in each of these cases affirmed, with costs and disbursements. Opinion by Pratt, J.

The People of the State of New York, Appellant, v. Seth Bird and others, Respondents —Judgment affirmed, with costs. Opinion by Barnard, P. J.

Nathan Bensky, Respondent, v. Charles Banks, Appellant.— Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Harry A. Richardson and another, Appellants, v. Western Home Insurance Company, Respondent.— Order affirmed, with costs and disbursements. Opinions by Barnard, P. J., and Pratt, J.

Francis Dent, Respondent, v. Stephen Vincent Ryan, Appellant.— Order affirmed, with costs and disbursements. Opinion by Barnard, P. J.; Dykman, J., not sitting.

United States Trust Company, Respondent, v. Philip V. R. Stanton and another, Appellants.— Judgment reversed and new trial granted, costs to abide event. Opinion by Pratt, J.

Harrison Mills, Respondent, v. James M. Mills and another, Appellant.— Judgment affirmed, with costs. Opinion by Barnard, P. J.

Alfred Manahan, an Infant, Respondent, v. The Steinway and Hunter's Point Railroad Company, Appellant.—Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Emily F. Dingley, Appellant, v. Isidore M. Bon, Respondent.— Judgment affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Jacob P. Stockdale, Respondent, v. Walter G. Schuyler, Survivor, Appellant.— Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.; Pratt, J., not sitting.

Alfred Lawrence v. Nicholas H. Freeland and others.— Judgment affirmed, with costs. Opinion by Barnard, P. J.; Dykman, J., not sitting.

John E. Reynolds, Respondent, v. John E. Roosevelt, Appellant.— Judgment and order denying new trial reversed, with costs. Opinion by Pratt, J.

The Long Island Railroad Company, Appellant, v. The City of Brooklyn, Respondent.— Order affirmed, with costs and disbursements. Opinion by Barnard. P. J.

George J. Axt and others, Appellants, v. John